# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 18, 2011

142464

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

In re S.K. GELIL, Minor.

SC: 142464
COA: 298619
Macomb Circuit Court Family
Division: 2008-000041-NA

_____/

On order of the Court, the application for leave to appeal the December 28, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 18, 2011

_____
Clerk

y0215